UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

STEPHEN JAMES, on behalf of himself and all others similarly situated,

Plaintiff,

v.

KALSHI, INC.,

Defendant.

Case No.: 26-cv-3556-RSH-DDL

**ORDER ON JOINT MOTION TO CONTINUE HEARING DATE**

[ECF No. 13]

Before the Court is the Parties' joint motion to continue the hearing date on Defendant's motion to dismiss. ECF No. 1. For good cause shown, the Parties' motion is **GRANTED**. The hearing date on Defendant's motion is **CONTINUED** to **November 20, 2026.** The continued hearing date serves solely to establish the briefing schedule on Defendant's motion. *See* Civil Chamber Rules III.B. Unless otherwise ordered, Defendant's motion will continue to be decided without oral argument. *See id.*

**IT IS SO ORDERED.**

Dated: October 15, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge